UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Stephen Miner</u>,
    Plaintiff

       v.                    Case No.   07-cv-232-SM

<u>New Hampshire Department
of Corrections, et al.</u>
    Defendants

<u>O R D E R</u>

The plaintiff having failed to comply with the Order of Magistrate Judge Muirhead dated October 1, 2007, to pay the initial filing fee, the complaint is hereby dismissed without prejudice.

SO ORDERED.

November 30, 2007                       _____
                                            Steven J. McAuliffe
                                            United States District Judge

cc:  Stephen Miner, pro se